**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6424**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN E. BROWN,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CR-97-697-DWS)

———————————

Submitted:  November 18, 1999      Decided:  November 23, 1999

———————————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John E. Brown, Appellant Pro Se.   Robert Claude Jendron, Jr.,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John E. Brown appeals the district court's order denying Brown's Fed. R. Crim. P. 33 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Brown</u>, No. CR-97-697-DWS (D.S.C. Mar. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>